ACCEPTED
07-15-00094-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
6/15/2015 3:36:26 PM
Vivian Long, Clerk

NO.   07-15-00094-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE SEVENTH COURT |
| | § | |
| VS. | § | OF APPEALS |
| | § | |
| KRISTOPHER DONALD MIXON | § | OF THE STATE OF TEXAS |

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
6/15/2015 3:36:26 PM
VIVIAN LONG
CLERK

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Kristopher Donald Mixon, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 251st Judicial District Court of Randall County, Texas.

2.     The case below was styled the State of Texas vs. Kristopher Donald Mixon, and numbered 23963C.

3.     Appellant was convicted of Possession of a Controlled Substance (Penalty Group 1), a Second Degree Felony.

4.     Appellant was assessed a sentence of eight (8) years in the Texas Department of Criminal Justice – Institutional Division.

5.     Notice of appeal was given on March 6, 2015.

1

6. The clerk's record was filed on April 13, 2015; the reporter's record was filed on May 15, 2015.

7. The appellate brief is presently due on June 15, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. until July 15, 2015.

9. No extension to file the brief has been requested or received in this cause.

10. Defendant is currently not incarcerated and is released on bond.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellant's counsel was appointed by the trial court to represent Appellant after the trial of this cause. Appellate counsel did not represent the Appellant at the trial. Appellant is indigent. The Court clerk's record of the proceedings consists of 144 pages and the reporter's record consists of 398 pages including exhibits. Counsel has not had time to complete Appellant's brief.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief until July 15, 2015, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Easterwood, Boyd & Simmons, P.C.
623 N. Main Street
P.O. Box 273
Hereford, TX 79045
Tel: (806) 364-6801
Fax: (806) 364-2526

/s/ JAMES B. JOHNSTON
James B. Johnston
State Bar No. 10838200
E-Mail: bryan@ebs-law.net
Attorney for Kristopher Donald Mixon

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that according to the WordPerfect word count tool this document contains 480 words, exclusive of the items excepted by TEX. R. APP. P. 9.4(i)(1).

/s/ JAMES B. JOHNSTON
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on June 15, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Randall County, 2309 Russell Long Blvd., Suite 120, Canyon, Texas 79015, by facsimile transmission to (806) 468-5566.

/s/ JAMES B. JOHNSTON
Attorney for Appellant

3